## Terrell v. The State.

APPEAL from Montgomery City Court.

Tried before the. Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-general, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the first degree and sentenced to be hanged. On this appeal there was no bill of exceptions, and no point reserved, and the judgment of conviction was affirmed.

Opinion PER CURIAM.